Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com

Attorneys for Plaintiff Dewayne O. Byrd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dewayne O. Byrd, <br><br> Plaintiff, <br><br> V. <br><br> Equifax Information Services, LLC, a Georgia limited liability company, <br><br> Defendants. | Case No. 3:15-cv-01449 DMR <br><br> NOTICE OF DISMISSAL |

Plaintiff Dewayne O. Byrd hereby dismisses this action without prejudice pursuant to Fed. Rule of Civ. Proc. 41 (a) (1) (A).

Dated: April 1, 2015.

ANDERSON, OGILVIE & BREWER LLP

By   */s/ Mark F. Anderson*
     Mark F. Anderson
     Attorney for Plaintiff